## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DEVARIOUS MOORE, ADC #133403                                                                  PETITIONER

v.                                    No. 5:14CV00094 JLH/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction[1]                                                          RESPONDENT

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the petition for a writ of habeas corpus is DENIED and this case is DISMISSED, WITH PREJUDICE. IT IS FURTHER ORDERED THAT a certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

DATED this 14th day of March, 2016.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE

---

[1] Wendy Kelley is automatically substituted as Respondent pursuant to Fed. R. Civ. P. 25(d).